**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| NICHOLAS OLIVAS, | ) | No. EDCV 10-1637-SS |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) ) ) | |
| Defendant. | ) | |

IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: October 7, 2011

　　　　　/S/_____
　　　　SUZANNE H. SEGAL
　　　　UNITED STATES MAGISTRATE JUDGE