**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| NICHOLAS OLIVAS, | ) | No. EDCV 10-1637-SS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **AMENDED JUDGMENT** |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice. The Court issues this Amended Judgment in connection with the Amended Memorandum Decision and Order issued on October 7, 2011.

DATED: October 11, 2011

                                                  _____/S/_____
                                                  SUZANNE H. SEGAL
                                                  UNITED STATES MAGISTRATE JUDGE